# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ADELE BROWN, et al.,<br>    Plaintiffs,<br>v.<br>ESA P Portfolio, LLC, et al.,<br>    Defendants. | Case No. 2:22-cv-00152-JCM-NJK<br><br>**Order**<br><br>[Docket No. 17] |

Pending before the Court is the parties' stipulation to file an amended complaint and dismiss parties. Docket No. 17. The stipulation inappropriately requests multiple forms of relief in a single filing. *See* Local Rule IC 2-2(b).

Accordingly, the parties' stipulation is **DENIED**. Docket No. 17. Any subsequent request must request only a single form of relief in each document and must comply with all applicable case law and rules.

IT IS SO ORDERED.

Dated: October 4, 2022

                                           _____
                                           Nancy J. Koppe
                                           United States Magistrate Judge