UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ADELE BROWN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ESA P PORTFOLIO, LLC, et al.,<br><br>    Defendants. | Case No. 2:22-cv-00152-JCM-NJK<br><br>**Order**<br><br>[Docket No. 20] |

Pending before the Court is the parties' stipulation, asking the Court to grant Plaintiff leave to file a first amended complaint. Docket No. 20. The stipulation fails to comply with the Local Rules. Specifically, a motion or stipulation seeking leave to file an amended pleading must have the complete amended pleading attached as an exhibit. Local Rule 15-1(a).

Accordingly, the parties' stipulation is **DENIED** without prejudice. Docket No. 20. Any renewed stipulation must fully comply with this Court's Local Rules and must be submitted by November 21, 2022.

IT IS SO ORDERED.

Dated: November 14, 2022

_____
Nancy J. Koppe
United States Magistrate Judge