**SAO**
MICHAEL N. AISEN, ESQ.
Nevada Bar No. 11036
AISEN, GILL & ASSOCIATES, LLP
723 S. Third St.
Las Vegas, Nevada 89101
Tel: (702) 715-8187
Fax: (702) 548-6884
Email: mike@aisengill.com

*Attorneys for Plaintiffs*
ADELE BROWN and BRENDA DOUGLAS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ADELE BROWN and BRENDA DOUGLAS,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ESA P PORTFOLIO, LLC, EXTENDED STAY AMERICA, INC. and DOES 1 to 20, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-00152-JCM-NJK |

**STIPULATION AND ORDER TO DISMISS ESA P PORTFOLIO, LLC, AND EXTENDED STAY AMERICA, INC WITHOUT PREJUDICE**

**WHEREAS** on September 27, 2021, Plaintiffs, ADELE BROWN and BRENDA DOUGLAS ("Plaintiffs") filed their Complaint in this action against Defendants ESA P PORTFOLIO, LLC, and EXTENDED STAY AMERICA, INC.

**IT IS HEREBY STIPULATED**, by and between the parties, by and through their respective counsel of record, that "ESA P PORTFOLIO, LLC, and EXTENDED STAY AMERICA, INC." are improperly named parties to this action, and that "ESA MANAGEMENT, LLC" is the properly named party.

**IT IS FURTHER STIPULATED**, that in the event ESA P PORTFOLIO, LLC, and/or

EXTENDED STAY AMERICA, INC. are added back into this case, the amended pleadings shall relate back to the original Complaint for statute of limitation purposes.

Dated this 10th day of November, 2022.                    Dated this 10th day of November, 2022.

*Michael Aisen*
_____
MICHAEL N. AISEN, ESQ.
Nevada Bar No. 11036
AISEN, GILL & ASSOCIATES, LLP
723 S. Third Street
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

  /s/Steven Abbott
_____
STEVEN ABBOTT, ESQ.
Nevada Bar No. 10303
LEWIS BRISBOIS BISGAARD &
SMITH, LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
*Attorney for Defendants*

DATED: November 17, 2022

_____
UNITED STATES DISTRICT JUDGE

2