STEVEN B. ABBOTT
Nevada Bar No. 10303
E-Mail: Steven.Abbott@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Fax: 702.893.3789
*Attorneys for Defendant*
*ESA Management, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADELE BROWN and BRENDA DOUGLAS, | CASE NO.: 2:22-cv-00152-JCM-NJK |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| ESA MANAGEMENT, LLC, and DOES 1 to 20, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and among Plaintiff ADELE BROWN, Plaintiff BRENDA DOUGLAS and Defendant ESA MANAGEMENT, LLC (hereinafter referred to collectively as "the Parties"), by and through their respective counsel of record, as follows:

1.  That the case shall be dismissed with prejudice, with the Parties to bear their own individual costs and attorneys' fees.

2.  That the **trial** scheduled in this matter and all associated dates shall be **VACATED**; and

/ / /

/ / /

/ / /

/ / /

/ / /



4878-9480-3520.1

3. That the Parties may obtain the return of their jury demand fees, if any, previously submitted to the Court.

**HEREBY STIPULATED BY THE FOLLOWING COUNSEL OF RECORD**

DATED this 24 day of Jan, 2023.   DATED this 24 day of Jan, 2023

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Steven B. Abbott
STEVEN B. ABBOTT
Nevada Bar No. 10303
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*ESA MANAGEMENT, LLC*

AISEN, GILL & ASSOCIATES, LLC

/s/ Michael Aisen
MICHAEL N. AISEN
Nevada State Bar No. 11036
723 S. Third Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs Adele Brown and Brenda Douglas*

## ORDER TO DISMISS WITH PREJUDICE

Upon Stipulation of the Parties by and through their respective counsel of record:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the case be dismissed, with prejudice, with the Parties to bear their own individual costs and attorneys' fees; and it is further;

**ORDERED, ADJUDGED AND DECREED** that the **trial** scheduled in this matter for and all associated dates shall be **VACATED**; and it is further;

///
///
///
///
///
///
///
///
///

4878-9480-3520.1                           2

**ORDERED, ADJUDGED AND DECREED**, that the Parties may obtain the return of their jury demand fees, if applicable, previously submitted to the Court.

**IT IS SO ORDERED.**

Dated January 25, 2023

_____
UNITED STATES DISTRICT COURT JUDGE
2:22-cv-00152-JCM-NJK

Respectfully Submitted By:

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Steven B. Abbott
_____
STEVEN B. ABBOTT
Nevada Bar No. 10303
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*ESA MANAGEMENT, LLC*

4878-9480-3520.1

3